UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMILIO RAMIREZ RODRIGUEZ,

Petitioner,

v.

WARDEN, et al.,

Respondent.

No. 1:26-cv-00459 DJC CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 27, 2026, this Court ordered respondents to file an answer or motion to dismiss within 7 days from the date of the order, which was February 3, 2026. (ECF No. 5 at 2.) As of the filing of this order on February 11, 2026, respondents have not filed an answer or motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that by 5:00 p.m. on February 12, 2026, respondents shall file their answer or motion to dismiss. If an answer or motion to dismiss is not filed by this deadline, it will be construed as a non-opposition to granting the relief requested in the petition.

Dated: February 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Rodr459.osc.imm/2