UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMILIO RAMIREZ RODRIGUEZ, | No.  1:26-cv-00459 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN, et al., | |
| Respondents. | |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 11, 2026, this Court ordered respondents to show cause why sanctions should not issue for respondents' failure to respond to the Court's orders filed January 27, 2026 and February 11, 2026.  (ECF No. 8.)  On February 15, 2026, respondents filed their response to the order to show cause and a motion to dismiss the petition.  (ECF No. 9.)  Good cause appearing, the order to show cause is vacated.  However, respondents failed to serve a copy of their response and motion to dismiss on petitioner, who is proceeding pro se.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 13, 2026 order to show cause (ECF No. 8) is vacated;

2. By 9:00 a.m. on February 18, 2026, respondents shall file a certificate of service confirming that respondents served petitioner with copies of their February 15, 2026

1

response to order to show cause, motion to dismiss, and exhibits (ECF Nos. 9, 9-1, 9-2).

3. Petitioner is reminded that his opposition to respondents' motion is due ten days after service of respondents' motion.

Dated:  February 17, 2026

_____

CHI SOO KIM

UNITED STATES MAGISTRATE JUDGE

/1/rodr0459.svc.imm

2