UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMILIO RAMIREZ RODRIGUEZ, | No.  1:26-cv-0459 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN, Golden State Annex, et al., | |
| Respondents. | |

Petitioner, a noncitizen proceeding without counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis, although the Court will not require

1

Respondents to serve a copy of the Order on Petitioner or to file a status report.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 15) are adopted in full.

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3.  Respondent's motion to dismiss (ECF No. 9) and request to stay this matter is denied.

4.  Respondents are ordered to IMMEDIATELY release petitioner Romilio Ramirez Rodriguez.  If Respondents have custody of Petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to petitioner at the time of release.

5.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

6.  The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:  __**March 11, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Rod459.jo.imm

2